555 new

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name HARVER RICHARD H
(Last) (First) (Initial)

Prisoner Number 614285 - A8-205-L

Institutional Address PO BOX 7500
CRESCENT CITY, CALIF 95531

FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WHA

RICHARD HARY HARVER
(Enter the full name of the plaintiff in this action)

CV 08 1111
Case No. ______
(To be provided by the clerk of court)

vs.

CORRECTIONAL OFFICER Y. MAYES
PELICAN BAY PRISON

(Enter the full name of the defendant(s) in this action)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983 (PR)

(__) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND
(check one only)

All questions on this complaint form must be answered in order for your action to proceed.

I. Exhaustion of Administrative Remedies

**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement PELICAN BAY

B. Is there a grievance procedure in this institution?
YES ( ) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure? YES (X) NO ( )

08-1111 WHA

SENDING COPIE OF 602

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal 6-25-2004 - BY PASS

2. First formal level

3. Second formal level 5-29-04

4. Third formal level 6-14-04

E. Is the last level to which you appealed the highest level of appeal available to you? YES ( X ) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. I DID

## II. Parties

Write your name and your present address. Do the same for additional plaintiffs, if any.

A. RICHARD HARPER - D14285 - A8205
PO BOX 7500
CRESCENT CITY, CALIF

Write the full name of each defendant, his or her official position, and his or her place of employment.

B. CORRECTIONAL T. MAYES
PELICAN BAY PRISON.
CRESCENT CITY, CALIF

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON FEB 10, 2007 I DID HAVE A SLIGHT HEART ATTACK AND I WAS RUSHED TO SUTTER COAST HOSPITAL FOR. I DID STAY FOR 2 DAYS.

THEN WHEN I CAME BACK I WAS STILL LIGHT HEADED, BUT WAS ON HEAVY CHAINS AND BLACK BOX CUFF ANKLE CUFF. NEVER SHOULD OF HAD ANKLE CUFFS ON AT ALL.

DR DUNCAN DID STATE A CHANCE HAVE [illegible] NEVER HAVE FULL USE OF IT.

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

THAT I BE GIVEN TOO WHAT I HAVE THAT DID TOO ME THE C/O AND HEALTH SERVICE WERE NEGLIGENT BY NOT TAKEN ME TOO BE TREATED BY CREATING DELIBERANT INDIFFERENCE. I WAS WAS LEFT IN FULL PAIN FOR EIGHT FULL DAYS IN PAIN. BE GIVEN THE $24,000.00

DATED: 1-13-2008

[signature]
(Plaintiff's signature)

---

**VERIFICATION**
(optional)

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1-13-2008

[signature]
(Plaintiff's signature)

---

**JURY TRIAL DEMAND**
(optional)

I demand a jury trial for all claims for which a jury trial is allowed.

YES ( X ) NO ( ) (check one only)

Dated: ____________

[signature]
(Plaintiff's signature)

(rev. 11/98)

**ORTHOPEDIC CONSULTATION**
**GREGORY J. DUNCAN, M.D.**

**HISTORY:** Mr. Garver is here for recheck of his left wrist where he sustained fractures of the distal radius and ulna after a slip-and-fall nearly three months ago.

He has not been using his splint for the last two weeks and states that the majority of the time, his wrist is asymptomatic but with attempts at writing or any firm grasping he does have pain in the wrist area.

**PHYSICAL EXAMINATION:** There is no tenderness at the left distal radius or ulna and no deformity. Swelling is absent. Skin is intact. Motor sensory function is normal. He has about 70 percent normal motion in the wrist.

**STUDIES:** Left wrist x-rays are pending.

**IMPRESSION:** **HEALING FRACTURES, LEFT DISTAL RADIUS AND ULNA.**

**PLAN:** The patient was given advise on range of motion activities and an Ace wrap to protect the wrist while allowing range of motion. It will likely be several months before he has complete motion in the wrist area, and in some cases, full range of motion never returns. He will perform exercises twice daily as instructed, and recheck if he does not continue to make progress.

GREGORY J. DUNCAN, M.D.

d: 05/02/07
t: 05/02/07 jlp: Job#4015

PLEASE RETURN

# X-RAY REPORT

**DEPARTMENT OF CORRECTIONS**
**PELICAN BAY STATE PRISON**
**HEALTH CARE SERVICES**



NAME: GARVER, RICHARD NO. D14285 RM: A8-205L DATE: 03/02/07

EXAM REQUESTED: TWO VIEWS OF THE LEFT FOREARM

REQUESTING M.D.: PCP CLINIC

CLINICAL DATA: HISTORY OF STATUS POST FRACTURE.

RADIOGRAPHIC REPORT: TWO VIEWS OF THE LEFT FOREARM

FINDINGS: The patient has a healing Colles type fracture of the wrist. The wrist and minimally the elbow are included on these films. There is no apparent dislocation of the bones at the elbow. The diaphysis of the radius and ulna are intact.

**IMPRESSION:** **THERE IS NO EVIDENCE FOR FRACTURE OF THE DIAPHYSIS OF EITHER THE RADIUS OR ULNA. THE VISUALIZED PORTION OF THE ELBOW IS THOUGHT TO BE NORMAL. THE COLLES TYPE FRACTURE OF THE WRIST IS AGAIN SEEN AND IS THOUGHT TO BE STABLE IN ITS APPEARANCE.**

| 03/06/07 | PHILIP GRIMM, M.D. | DLK |
|---|---|---|
| DATE READ | RADIOLOGIST | TRANSCRIBER |

**Government Claims Form**
**California Victim Compensation and Government Claims Board**
**P.O. Box 3035**
**Sacramento, CA 95812-3035**

**1-800-955-0045 • www.governmentclaims.ca.gov**

**State of California**

**For Office Use Only**
**Claim No.:**

## *Is your claim complete?*

| | |
|---|---|
| ☐ | ***New!* Include a check or money order for $25 payable to the State of California.** |
| ☐ | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| ☐ | Attach receipts, bills, estimates or other documents that back up your claim. |
| ☐ | Include two copies of this form and all the attached documents with the original. |

## *Claimant Information*

1. Garver (*Last name*) Richard (*First Name*) G (*MI*)
2. Tel:
3. Email:
4. CDC # P.O. Box 7500 (*Mailing Address*) Crescent City (*City*) Ca (*State*) 95532 (*Zip*)
5. Best time and way to reach you:
6. Is the claimant under 18? ☐ Yes [XX] No  If YES, give date of birth: MM DD YYYY

## *Attorney or Representative Information*

7. Pro Per (*Last name*) (*First Name*) (*MI*)
8. Tel:
9. Email:
10. *Mailing Address* *City* *State* *Zip*
11. Relationship to claimant:

## *Claim Information*

12. Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond? ☐ Yes [XX] No
    State agency that issued the warrant: If NO, continue to Step 13.
    Dollar amount of warrant: Date of issue: MM DD YYYY
    Proceed to Step 22.
13. Date of Incident: 2/11/07
    Was the incident more than six months ago? ☐ Yes [XX] No
    If YES, did you attach a separate sheet with an explanation for the late filing? ☐ Yes ☐ No
14. State agencies or employees against whom this claim is filed:
    C/O T. Mayes
15. Dollar amount of claim: $24,000
    If the amount is more than $10,000, indicate the type of civil case: [xx] Limited civil case ($25,000 or less) [XX] Non-limited civil case (over $25,000)
    Explain how you calculated the amount:
    Injury and damages

16 Location of the incident:

Pelican Bay State Prison

17 Describe the specific damage or injury:

Broken Arm

18 Explain the circumstances that led to the damage or injury:

My arm was broken while I was being transported.

19 Explain why you believe the state is responsible for the damage or injury:

The c/o and Health services were negligent by not take me to be treated there by creating deliberant indifference. I was left in pain for a full eight days.

20 Does the claim involve a state vehicle? ☐ Yes ☒ No

If YES, provide the vehicle license number, if known:

***Auto Insurance Information***

21 Name of Insurance Carrier

Mailing Address | City | State | Zip

Policy Number: | Tel:

Are you the registered owner of the vehicle? ☐ Yes ☐ No

If NO, state name of owner:

Has a claim been filed with your insurance carrier, or will it be filed? ☐ Yes ☐ No

Have you received any payment for this damage or injury? ☐ Yes ☐ No

If yes, what amount did you receive?

Amount of deductible, if any:

Claimant's Drivers License Number: | Vehicle License Number:

Make of Vehicle: | Model: | Year:

Vehicle ID Number:

***Notice and Signature***

22 I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

*Signature of Claimant or Representative* | *Date*

23 Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

***For State Agency Use Only***

24 *Name of State Agency* | *Fund or Budget Act Appropriation No.*

*Name of Agency Budget Officer or Representative* | *Title*

*Signature* | *Date*



# X-RAY REPORT

**DEPARTMENT OF CORRECTIONS**
**PELICAN BAY STATE PRISON**
**HEALTH CARE SERVICES**



NAME: GARVER, RICHARD NO. D14285 RM: A8-205L DATE: 02/22/07

EXAM REQUESTED: THREE VIEWS OF THE LEFT WRIST

REQUESTING M.D.: PCP CLINIC

CLINICAL DATA: HISTORY OF TRAUAM.

RADIOGRAPHIC REPORT: THREE VIEWS OF THE LEFT WRIST

FINDINGS: This study is compared with films taken of the left hand in May of 2005.

There is a comminuted Colles type fracture of the left wrist. The fracture fragments are anatomically oriented. There is mild posttraumatic arthritis at the radiocarpal joints.

**IMPRESSION:** **ACUTE COMMINUTED BUT UNDISPLACED COLLES TYPE FRACTURE OF THE LEFT WRIST. MILD POSTTRAUMATIC ARTHRITIS NOTED AT THE RADIOCARPAL JOINT.**

| 02/28/07 | PHILIP GRIMM, M.D. | DLK |
|---|---|---|
| DATE READ | RADIOLOGIST | TRANSCRIBER |

/

**ORTHOPEDIC CONSULTATION**
**GREGORY J. DUNCAN, M.D.**

**CHIEF COMPLAINT:** Mr. Garver is five weeks status post fracture of the left distal radius and ulna sustained after a fall.

**HISTORY OF PRESENT ILLNESS:** He is having minimal pain and improving function in the left hand.

**PHYSICAL EXAMINATION:** There is no tenderness at the left wrist, distal radius, or ulna. No deformity is present. He has good range of motion the wrist following cast removal today. Skin is intact. Motor sensory status is normal.

**STUDIES:** X-rays of the left wrist taken today show continued healing of the distal radius fracture and there appears to be a healing area at the distal portion of the ulna near the base of the styloid. Alignment is excellent and the wrist has no evidence of arthritis.

**IMPRESSION:** **HEALING FRACTURES LEFT DISTAL RADIUS AND ULNA.**

**PLAN:** I recommend a short arm splint for protection for the next two weeks.

The patient is able to return back to his normal work as long as he is not doing any heavy lifting, and he is using his brace. After about three weeks, he will no longer require the brace and should focus on regaining range of motion. He is to recheck in about six weeks for a final x-ray of the left wrist.

---

GREGORY J. DUNCAN, M.D.

d: 03/21/07
t: 03/21/07 dlk Job #3926

**ORTHOPEDIC CONSULTATION**
**GREGORY J. DUNCAN, M.D.**

**CHIEF COMPLAINT:** Left wrist pain.

**HISTORY OF PRESENT ILLNESS:** The patient is a 62-year-old male who sustained a left wrist injury after he fell on 02/11/07. He was taken to the emergency room where a fracture of the wrist was noted, and he was placed into a short arm splint.

**PAST MEDICAL HISTORY:**

1. Coronary artery disease.
2. Hypertension.
3. Hypothyroidism.
4. COPD.
5. Acid reflux.

**CURRENT MEDICATIONS:** Ibuprofen, enalapril, Tylenol, Levoxyl, albuterol, Azmacort, aspirin, omeprazole, NitroQuick p.r.n.

**PHYSICAL EXAMINATION:** The patient is an alert male in no distress.

There is tenderness over the distal radius and ulna on the left wrist but no clinical deformity. Swelling is mild. Skin is intact. Distal, motor, and sensory status are normal. The elbow is nontender with painless range of motion.

Tendon function appears normal. There is a healed carpal tunnel incision in the left wrist.

**STUDIES:** X-rays of the left wrist taken today show fractures through the distal radius and a nondisplaced fracture through the distal ulna. The radius fracture is impacted with some dorsal comminution, but overall alignment is within acceptable limits for nonsurgical treatment with essentially anatomic alignment on the AP x-ray and neutral alignment on the lateral radiograph.

**IMPRESSION:** **FRACTURE LEFT DISTAL RADIUS AND ULNA.**

**PLAN:** The patient was advised as to the treatment options, and concurred with nonsurgical treatment. Short arm cast was applied, and the patient was advised on cast care. He should recheck in four weeks with x-rays of the left wrist out of the cast at that time.

GREGORY J. DUNCAN, M.D.

d: 02/22/07
t: 02/22/07 jlp Job #3874

# INMATE APPEAL ASSIGNMENT NOTICE

Date: March 2, 2007

To: INMATE GARVER, D14285
Current Housing: AF08U 000000205L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: PBSP-A-07-00502

ASSIGNED STAFF REVIEWER: WARDEN/THREM
APPEAL ISSUE: STAFF COMPLAINTS
DUE DATE: 04/09/2007

Inmate GARVER, this is a notice to you that your appeal has been sent to the above staff for SECOND Level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for THIRD Level review.

Third Level appeals are to be mailed directly to:

Chief of Inmate Appeals
Department of Corrections & Rehabilitation
P. O. Box 942883
Sacramento, CA 94283-0001

C. E. WILBER
Appeals Coordinator

State of California Department of Corrections and Rehabilitation

# Memorandum

Date : April 6, 2007

To : GARVER, D14285
AF08U 000000205L

Subject: **EXCEPTIONAL DELAY IN REVIEW OF APPEAL LOG #:** PBSP-A-07-00502

This is to notify you that the due date on the above referenced appeal has been extended for the following reason:

☐ Unavailability of the appellant, staff, or inmate witness.

☑ Complexity of the decision, action, or policy.

☐ Necessary involvement of other agencies or jurisdictions.

This notification is required per the California Code of Regulations, Title 15, Section 3084.6(b)(6). The new estimated completion date is 5/09/07.

C. Wilber

Appeals Coordinator

**FIRST LEVEL SUPPLEMENTAL PAGE**
First Level Reviewer's Response

**RE:** PELICAN BAY STATE PRISON
Appeal Log #: PBSP-IA-18-2007-00722
Inmate Name: GARVER, D14285

**APPEAL DECISION**: PARTIALLY GRANTED.

**APPEAL ISSUE:** You filed a CDC 602 on May 19, 2007, requesting cardiac tests recommended by Dr. Blundell at Sutter Coast Hospital on February 10, 2007.

**FINDINGS:** Your appeal with the attachments and your requested action has received careful consideration. Cynthia Gorospe, Staff Services Analyst, conducted the First Level Appeal Review on June 19, 2007.

On February 11, 2007, you returned from Sutter Coast Hospital following cardiac problems. Dr. Blundell recommended an outpatient echocardiogram and N.P. stress test. Paperwork was faxed to the clinic; however, your tests were overlooked most likely due to your left wrist fracture, which occurred around the same time as your cardiac symptoms. On June 14, 2007, you were interviewed by S. Skinner, FNP. You informed her that you have been doing ball exercises with your left hand as instructed by physical therapy. You describe weakness in the left hand still, which makes writing difficult and painful. You state using the split provided by Dr. Duncan helps along with an ace wrap. You are taking Tylenol for pain because you cannot tolerate NSAIDS due to stomach upset.

FNP Skinner indicates you have occasional pain in the center of your chest (once in previous week, and once or twice in the prior three weeks). You were given nitroglycerin on two occasions, which resolved your chest pain for about 15 to 20 minutes. You have been experiencing slight shortness of breath and occasional racing of the heart. You indicated that you drink two cups of coffee per day. You are scheduled for an x-ray of the left wrist next week to assess completeness of healing and you are to continue taking Tylenol for pain. For the chest pain with hypertension and palpitations, your Atenolol will be increased to 50 mgs. You are to continue using nitroglycerin as needed for chest pain and to inform medical staff if your chest pain increases in intensity or frequency. A referral has been submitted to Utilization Management committee for your Exercise Tolerance Test as recommended by Dr. Blundell during your Emergency Room visit on February 10, 2007. You are to follow-up in the clinic in one month.

**DETERMINATION OF ISSUE:** A thorough review of your request presented in this complaint has been completed. Based on this review, the action requested to resolve the appeal is PARTIALLY GRANTED.

C. Gorospe
C. GOROSPE
Staff Services Analyst

6/19/07
Date

M C Sayre
M. SAYRE, M.D.
Chief Medical Officer

6/19/07
Date

## Assessment

### Medical Diagnosis

Code: 999999 Description: RESOLVED ANKLE SPRAIN

Axis: GAF: Status: COMPLETE Provider: TODD, PA, IAIN

Diagnosis Dt/Tm: 07-27-2006 1038 Resolve Dt/Tm: 11-08-2006 0935 Priority:

Notes:

## Plan

**Provider:** ESCOBAR-JEREZ, RN , JOSEPH **Plan Dt/Tm:** 02-13-2007 0924 **Completed By:**

**Completed Dt/Tm:** **Patient Education:** N **Phone Order Status:** NONE

**Entry Date:** 02-13-2007 0924 **Entered By:** MPIMSJRE, ESCOBAR-JEREZ, RN

alteration incomfort r/t left hand/forearm pain.
will place in pcp line today for further assessment, pt acknowledges understanding

## Order

## Assessment

### Medical Diagnosis

Code: 999999 Description: ALT IN COMFORT R/T HAND
Axis: GAF: Status: COMPLETE Provider: SEEHAWER, RN, ANGELA
Diagnosis Dt/Tm: 03-13-2006 1325 Resolve Dt/Tm: 07-12-2006 1712 Priority:
Notes:

Code: 999999 Description: ALT SKIN INTEGRITY R/T R. TEMPLE CY
Axis: GAF: Status: COMPLETE Provider: THOMAS, RN, BARBARA
Diagnosis Dt/Tm: 04-03-2006 1325 Resolve Dt/Tm: 07-12-2006 1712 Priority:
Notes:

Code: 999999 Description: ALT. ELIMINATION R/T CONSTIPATION
Axis: GAF: Status: COMPLETE Provider: THOMAS, RN, BARBARA
Diagnosis Dt/Tm: 04-11-2006 0949 Resolve Dt/Tm: 07-12-2006 1712 Priority:
Notes:

Code: 999999 Description: CONSTIPATION
Axis: GAF: Status: COMPLETE Provider: SWINEY, MD, JENNIFER
Diagnosis Dt/Tm: 04-13-2006 1029 Resolve Dt/Tm: 07-12-2006 1712 Priority:
Notes:

Code: 999999 Description: NURSING DIAGNOSIS
Axis: GAF: Status: CURRENT Provider: FLOWERS, RN, ANNE
Diagnosis Dt/Tm: 07-21-2006 1130 Resolve Dt/Tm: 00-00-0000 0000 Priority:
Notes:

# EMERGENCY CARE FLOW SHEET

CALIFORNIA DEPARTMENT OF CORRECTIONS

PBSP 7206

DATE 02-10-2007 | IN 1222 | OUT 1320

| INMATE | NAME LAST | FIRST | CDC NUMBER | HOUSING | DOB |
|---|---|---|---|---|---|
| | GARVER | RICHARD | D14285 | A08U205L | 04-09-1944 |

| TIME OF INCIDENT | LOCATION OF INCIDENT | MODE OF ARRIVAL |
|---|---|---|
| 1210 | A YARD | W/C |

| STAFF | NAME LAST | FIRST | OCCUPATION | SEX | AGE | DOB |
|---|---|---|---|---|---|---|
| | | | | | | |

**CHIEF COMPLAINT** CHEST PAIN

TB CODE 2

DATE OF LAST TETANUS UNK

**MECHANISM OF INJURY**
- [ ] STABBING
- [ ] PHYSICAL ALTERCATION
- [ ] GUNSHOT WOUND
- [ ] BURN
- [ ] SPORTS INJURY
- [ ] ON THE JOB INURY
- [x] OTHER

CHEST PAIN

**SKIN COLOR**
- [x] NORMAL
- [ ] PALE
- [ ] ASHEN
- [ ] CYANOTIC
- [ ] FLUSHED

**SKIN TEMP**
- [ ] HOT
- [x] WARM
- [ ] COOL
- [ ] COLD

**SKIN MOISTURE**
- [x] NORMAL
- [ ] DRY
- [ ] MOIST
- [ ] PROFUSE

**CAPILLARY REFILL**
- [ ] < 2 SECONDS
- [x] > 2 SECONDS
- [ ] NONE

**GLASCOW COMA SCALE**

| TIME | EYE OPENING RESPONSE | BEST VERBAL RESPONSE | BEST MOTOR RESPONSE |
|---|---|---|---|
| 1240 | 4 | 5 | 6 |

**LUNG SOUNDS**

| RT | | LT |
|---|---|---|
| [x] | CLEAR | [x] |
| [ ] | WHEEZES | [ ] |
| [ ] | RALES | [ ] |
| [ ] | RHONCHI | [ ] |
| [ ] | DIMINISHED | [ ] |
| [ ] | ABSENT | [ ] |

**RESP CHARACTER**
- [ ] LABORED
- [x] UNLABORED
- [ ] PAINFUL
- [ ] SHALLOW
- [ ] DEEP
- [ ] RETRACTION
- [ ] NASAL FLARING

**EVIDENCE OF TRAUMA**
- [ ] CHEST
- [ ] ABDOMEN
- [ ] G/U
- [ ] PELVIS
- [ ] BACK SPINE
- [ ] HEAD
- [ ] NECK
- [ ] EXTREMITIES
- [ ] OTHER

**VITALS**

| TIME | TEMP | PULSE | RESP | BP | SaO2 |
|---|---|---|---|---|---|
| 02-10-2007 1240 | 98.4 | 89 | 18 | 111/74 | 96 |
| | | | | / | |
| | | | | / | |
| | | | | / | |

**IV**

| TIME | NAME | SITE | GAUGE | RATE |
|---|---|---|---|---|
| | | | | |
| | | | | |

**O2 ADMIN**

| TIME | ROUTE | RATE | SaO2 |
|---|---|---|---|
| 02-10-2007 1429 | | | |
| 02-11-2007 1102 | | | |

**CURRENT MEDICATIONS**

ALBUTEROL 17GM INHALER 2 PUFF, APAP 325 2X250 UD HL MOORE 650 MG, ARTIFICIAL TEAR DROP 1 DROP, ASPIRIN 81MG TABLET EC 81 MG, AZMACORT INHALER 4 PUFF, ENALAPRIL MALEATE 20 MG TAB 20 MG, FIBER TABLET 1 TAB, LEVOXYL 25 MCG TABLET 125 MCG, NITROQUICK 0.4MG TABLET SL .4 MG, OMEPRAZOLE 20MG CAPSULE DR 20 MG

| TIME | PUPIL RESPONSE R | PUPIL RESPONSE L | PUPIL SIZE R | PUPIL SIZE L |
|---|---|---|---|---|
| 1240 | B | B | 4 | 4 |

KEY C=CLOSE B=BRISK SL=SLUGGISH F=FIXED

3 4 5 6 7 8

**MEDICATION ALLERGIES**

NO KNOWN ALLERGIES, NO KNOWN DRUG ALLERGIES

SIGNATURES

RN/MTA/MD

RN/MTA/MD

RN/MTA/MD

RN/MTA/MD

SUPERVISOR REVIEW Kfost sroTT

PATIENT DISPOSITION

SCH -CR

MODE OF DEPARTURE DM - Code II

PATIENT CONDITION ON DISCHARGE

Stable

TIME 02-10-2007 1320





NAME (LAST, FIRST, MI) GARVER, RICHARD

CDC# D14285

TO BE LOGGED

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region: PBSP
1.
2.

Log No.
1. IA-18-2007-00722
2.

Category
8/10 - wants testing for heart

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Garver, Richard | D-14285 | F 1A LAUNDRY | A/8-205 |

A. Describe Problem: II went to Shutter Coast, on Feb. 10, 11, 2007 as of heart problem. Then Dr. Matthew Blundell on 2-10-07 at Sutter coast. As did ordered out payient echo cardiogram and ivyoview person tine stress test well be schedled by Sutter Coast Hospital.

If you need more space, attach one additional sheet.

B. Action Requested: Ihave not went out concerning my Heart.

Inmate/Parolee Signature: [signature] Date Submitted: 5-19-07

C. INFORMAL LEVEL (Date Received: )

Staff Response:

BYPASS

Staff Signature: Date Returned to Inmate:

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: Date Submitted:

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

1ST
MAY 21 2007

First Level ☐ Granted ☒ P. Granted ☐ Denied ☐ Other ____________

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 5-21-07 Due Date: 7-3-07

Interviewed by: ____________

See attached response

Staff Signature: C. Gorospe Title: SSA Date Completed: 6/19/07

Division Head Approved: Signature: MC Sayre Title: CMO Returned Date to Inmate: JUN 20 2007

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: ____________ Date Submitted: ____________

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ____________ Due Date: ____________

☐ See Attached Letter

Signature: ____________ Date Completed: ____________

Warden/Superintendent Signature: ____________ Date Returned to Inmate: ____________

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ____________ Date Submitted: ____________

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

☐ See Attached Letter

Date: ____________

CDC 602 (12/87)

NAME: RICHARD NAYVEZ
CDC NO. DH285 HOUSING: 8205-L

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

EUREKA CA 955
FEB 5 PM 2008

FEB 5 PM 2008

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

UNITED STATES POSTAGE
$ 00.40⁰
0004217636 FEB 05 2008
MAILED FROM ZIP CODE 95531

USA 41 USA 41

RECEIVED
FEB - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK OF THE UNITED STATES
DISTRICT COURT FOR NORTHERN
DISTRICT OF CALIFORNIA,
450 GOLDEN GATE AVE,
BOX 36060
SAN FRANCISCO, CALIF 94102

LEGAL MAIL