**PROOF OF SERVICE BY MAIL**
CCP §§ 1013A & 2015.5(b)

FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Caption) Writ of Habess Corpus

(Case No.) CV 08-1111

1. I, the undersigned, do hereby declare that i am a citizen of the United States, over the age of 18 years old, and not a party to the above captioned cause, and that my mailing address is Crescent City, Ca

2. That I served a copy of the document entitled as follows: Writ of Habess Corpus

3. That I am readily familiar with the business practice for the collection and processing of pro-se litigant correspondence for mailing with the United States Postal Service. That the item, stated in item 2, supra, was deposited with the United States Postal service on the date and place indicated at item 4, in the ordinary course of prisoner mail. That the most current address known to be the proper and correct address associated with the person and/or office served as shown on the envelope. That a copy of the above document was served on each party of the above proceeding or that part's counsel, and on every other person required to be served. That the envelopes so addressed were sealed postage thereon fully prepaid at the first class postage rate.

4. Date of deposit: 3-29-08
   Place of deposit: PELICAN BAY

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS __3__ DAY OF __29__ AT CRESCENT CITY, CALIFORNIA

DATE: 3-29-2008

X _____
DECLARANT FOR PROOF OF SERVICE

NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED *

[1]                          [2]
US DISTRICY COURY
450 GOLDEN GATE AVE
PO Box 36060
SAN FRANCISCO, CA 94102-9680

Richard Garver D-14285
PBSP A.8.205
P.O. Box 7500
Crescent City, CA 95531

LEGAL MAIL

CJ 08 1111

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

WHA

FILED
APR — 2008