IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARY GARVER, | No. C 08-1111 WHA (PR) |
| Plaintiff, | **DENIAL OF LEAVE TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| Correctional Officer MAYES, Pelican Bay State Prison, | |
| Defendant. | |

Because of the deficiencies in his in forma pauperis application identified in the clerk's notice to plaintiff, his application for permission to proceed in forma pauperis (document number X on the docket) is **DENIED**. His earlier motion (document number X) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: April   8  , 200.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\GARVER1111.IFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD GARVER,

        Plaintiff,

  v.

OFFICER MAYES et al,

        Defendant.

Case Number: CV08-01111 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard G. Garver
D-14285/ A8-205-L
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532

Dated: April 8, 2008

                                    Richard W. Wieking, Clerk
                                    By: D. Toland, Deputy Clerk