IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARY GARVER, | No. C 08-1111 WHA (PR) |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| Correctional Officer MAYES, Pelican Bay State Prison, | |
| Defendant. / | |

    This is a civil rights case filed pro se by a state prisoner. The clerk sent him a notice that his application for leave to proceed in forma pauperis ("IFP") was deficient and allowed him thirty days to cure the defects. The notice included a copy of the court's form for IFP applications and a postage-free return envelope. The notice was not returned as undeliverable and plaintiff has not notified the clerk of any change of address.

    The time to correct the defects has expired and plaintiff has not filed anything in response to the notice. This case therefore is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: April   8  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\GARVER1111.DSM-IFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD GARVER,

        Plaintiff,

  v.

OFFICER MAYES et al,

        Defendant.
                                            /

Case Number: CV08-01111 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard G. Garver
D-14285/ A8-205-L
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532

Dated: April 8, 2008

                                        Richard W. Wieking, Clerk
                                        By: D. Toland, Deputy Clerk