IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD GARY GARVER,        No. C 08-1111 WHA (PR)

    Plaintiff,        **JUDGMENT**

  v.

Correctional Officer MAYES, Pelican Bay State Prison,

    Defendant.
                               /

The court has dismissed this prisoner in forma pauperis complaint. A judgment of dismissal without prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: April  8 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\GARVER1111.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARVER,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER MAYES et al,<br><br>    Defendant.<br>_____/ | Case Number: CV08-01111 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard G. Garver
D-14285/ A8-205-L
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532

Dated: April 8, 2008

                Richard W. Wieking, Clerk
                By: D. Toland, Deputy Clerk