IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Richard G. Garver,
Plaintiff,

v.

Correctional Officer Mayes
Pelican Bay State Prison,
Defendant.

No. C 08-1111 WHA (PR)

NOTICE OF APPEAL TO NINTH CIRCUIT APPEALS COURT.

FILED
JUN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

This notice is to inform the U.S. District Court that Plaintiff is filing an appeal in the above entitled case, to the Ninth Circuit Appeals Court.

Dated June 7, 2008

Sincerely,
Richard Garver

## PROOF OF SERVICE BY MAIL

(C.C.P. Section #2015.5; 28 U.S.C. Section 1746)

I, _Richard GARVER_, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over the age of eighteen (18) years and ~~not~~ a party to the entitled action.

My State Prison address is: Post Office Box _7500_, Crescent City, California, 95532.

On the _8_ day of _JUNE_, _2008_, I served the following (set forth the exact title of document(s)served): _NOTICE OF APPEAL TO 9TH CIR APPEALS COURT IN CASE NO. C 08-1111 WHA (PR)_

on the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, California 95532, addressed as follows:

_U.S. DISTRICT COURT 450_
_GOLDEN GATE AV, SAN FRANCISCO_
_CA. 94102_

There is delivery service by United States mail to the place so addressed and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

_Richard Garver_

Declarant Signature



Richard Harver-D14285
AB 205-L PBSP
PO Box 7500
Crescent City, Calif
95531

LEGAL MAIL

US District Court
450 Golden Gate Ave
San Francisco, Calif
94102

PELICAN BAY STATE PRISON
5005 Lake Earl Dr
Crescent City CA 95532

MAILED FROM ZIP CODE 95531
JUN 09 2008