UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

June 13, 2008

**CASE INFORMATION:**
Short Case Title: RICHARD GARVER-v- MAYES
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern District of California, Judge William Alsup
Criminal and/or Civil Case No.: CV 08-01111 WHA
Date Complaint/Indictment/Petition Filed: 02/25/08
Date Appealed order/judgment *entered* 04/08/08
Date NOA *filed* 06/11/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed: 06/13/08
Date FP granted:                               Date FP denied: 04/08/08
Is FP pending? ☐ yes  Xno                      Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  x no
Companion Cases?  Please list: N/A

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:     Richard G. Garver         Appellee Counsel:  N/A
                       D-14285/ A8-205-L
                       Pelican Bay State Prison
                       PO Box 7500
                       Crescent City, CA 95532


☐ retained  ☐ CJA  ☐ FPD  XPro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                                9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Susan Imbriani
                                                    (415) 522-2061