FILED

UNITED STATES COURT OF APPEALS

AUG 12 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD G. GARVER,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>T. MAYES, Correctional Officer,<br><br>   Defendant - Appellee. | No. 08-16423<br><br>D.C. No. 3:08-cv-01111-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

 A review of the record demonstrates that this court lacks jurisdiction over this appeal because the June 11, 2008 notice of appeal was not filed or delivered to prison officials within 30 days from entry of the April 8, 2008 judgment. *See* 28 U.S.C. § 2107(a); *United States v. Sadler,* 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional). Consequently, this appeal is dismissed for lack of jurisdiction.

MF/Pro Se