**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 14, 2008

CASE NUMBER: **CV 08-01111 WHA**
CASE TITLE: **RICHARD GARVER-v- MAYES**
DATE MANDATE FILED: 08/13/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*Susan Imbriani*

by: Susan Imbriani
Case Systems Administrator

Distribution:  CIVIL     -   Counsel of Record

              CRIMINAL  -   Counsel of Record
                            U.S. Marshal (Copy of Mandate)
                            U.S. Probation Office

NDC App-16